UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MASSIEL PAJAN,

    Plaintiff,

v.                                              Case No: 8:25-cv-3063-CEH-AEP

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on December 26, 2025 (Doc. 19). In the Report and Recommendation, Magistrate Judge Porcelli recommends Plaintiff's Motion to Strike Defendant's First Affirmative Defense (Doc. 17) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Strike Defendant's First Affirmative Defense (Doc. 17) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida on January 20, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record